UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ23-174 |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| DE'ONDRE LAMONTIA PHILLIPS, ) | |
| Defendant. ) | |

Offenses charged:

1. Straw Purchasing of Firearms

2. Trafficking in Firearms

3. Possession of Controlled Substances with Intent to Distribute

4. Possession of a Firearm in Furtherance of a Drug Trafficking Crime

5. Unlawful Possession of Firearms

Date of Detention Hearing:   April 20, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

DETENTION ORDER
PAGE -1

based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years, as well as a violation of 18 U.S.C. § 924(c). There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant was arrested with two firearms in his vehicle, and a further 21 firearms in his residence and garage. Agents also discovered blue M30 pills, methamphetamine and a digital scale in his vehicle, and blue M30 pills, methamphetamine and over $22,000 in cash in his apartment. At the time of his arrest, Defendant fled on foot before being apprehended. Defendant has a significant and violent criminal history involving firearm possession, assault with a firearm, and assault second degree with a deadly weapon. These offenses involved Defendant shooting victims on two separate occasions. Defendant also has a prior conviction for heroin trafficking.

2.  Defendant poses danger to the community based upon the nature of the charged offenses involving the possession of a very large number of firearms and controlled substances. GPS monitoring would not mitigate the risk of continued conduct because it is alleged Defendant was using a straw purchaser to obtain the firearms. Defendant's prior use of firearms to injure victims is of considerable concern, as well as the possession of firearms in combination with large quantities of alleged fentanyl and methamphetamine. Defendant poses as a risk of flight based on his flight from arrest and prior failures to appear.

3.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of April.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge