The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

                Plaintiff,

    v.

DION COOPER and

DEONDRE PHILLIPS,

                Defendant.

No.   CR23-00074 RSM

ORDER EXTENDING PRETRIAL
MOTIONS DEADLINE

THE COURT has considered the stipulated motion of defense counsel to extend the pretrial motions deadline.

Based on the parties' agreement and need to find an appropriate trial date the Court ORDERS:

The pretrial motions deadline is extended to June 15, 2023.

      Ordered this 1st day of June, 2023

      RICARDO S. MARTINEZ
      UNITED STATES DISTRICT JUDGE

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
*US v. Cooper and Phillips*- 1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

1    Presented by:

2    /s Brent Hart
     Brent Hart
3    WSBA 30368
     Attorney for Phillips
4

5    /s Sara Brin
     Sara Brin
6    WSBA 52476
     Attorney for Dion Cooper
7

8    Agreed:

9    /s  Todd Greenberg
     Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
*US v. Cooper and Phillips*- 2

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950