The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DION COOPER and<br>DEONDRE PHILLIPS,<br><br>   Defendant. | No.  CR23-00074 RSM<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the stipulated motion of defense counsel to continue the trial date and pretrial motions deadline and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review evidence, consider possible defenses, and gather evidence material for the defense as set forth in 18 U.S.C. §3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. . § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence for the defense and to consider possible defenses; and

ORDER CONTINUING TRIAL AND MOTIONS DEADLINE
*US v. Cooper and Phillips*- 1

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial as set forth by 18 U.S.C. . § 3161(h)(7)(A); and

(e) the additional time requested between the July 10, 2023 and the new trial date is necessary to provide counsel for the defendants reasonable time to prepare for trial considering counsels' schedule and all of the facts set forth above.

(f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to March 25, 2024, and that the pretrial motions shall be filed no later than February 8, 2024.

Ordered this 13th day of June, 2023

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s Brent Hart
Brent Hart
WSBA 30368
Attorney for Phillips

ORDER CONTINUING TRIAL AND MOTIONS
DEADLINE
*US v. Cooper and Phillips*- 2

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950